Robert Jackson Maurer, Public Defender, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant, Thomas Wesley Maddox, was convicted, after a jury trial, of burglary second degree and stealing property valued over $150. He appeals from the judgment of the trial court sentencing him, as a persistent offender, to consecutive terms of imprisonment for ten years on each count. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

John Putzel, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

The trial court assessed punishment against defendant finding defendant a prior offender. The judgment is affirmed pursuant to Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Ronnie Clifton SMITH,
Defendant-Appellant.**

No. 48132.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 1984.

**George B. FLORES and Lena B.
Flores, Plaintiffs-Appellants,**

v.

**George C. BAKER,
Defendant-Respondent.**

No. 13647.

Missouri Court of Appeals,
Southern District,
Division One.

Sept. 17, 1984.

Motion for Rehearing or to Transfer to Supreme Court Denied Sept. 24, 1984.

Application to Transfer Denied Nov. 20, 1984.